Wm. Messer Company, Respondent, v. Abraham Rothstein et al., Appellants.

*Messer Co.* v. *Rothstein*, 129 App. Div. 215, affirmed.
(Submitted February 22, 1910; decided March 15, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Jacob Manheim* and *Harry A. Gordon* for appellants.

*Max Monfried* and *Aaron A. Feinberg* for respondent.

Judgment affirmed, with costs, on the ground that no question as to the validity of plaintiff's lien was raised in the answer or on the trial; no opinion.

Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Vann, Willard Bartlett and Chase, JJ.